Charlenotta Williams 12-14-63
318 703-1208    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
6-7-2023
United Attorney Office    8890
300 Fannin St Sport LA 71101
Walter Collins Jr Turn them
In Now I Will Like To Sept 18 2021
Criminal Charges Residents
Of University Park Dr Martin
Luther King Jr Community
City Sport LA 71107 I Did To
June 28, 2023 Mark L.
Hornsby Brief Gerald
Ataway Haggerty V. Texas
Southern University Security
Guard @ Southern police Car
with a Both In it Charles
Roberston City Marshall
Jon-Jon City Marshall
Office that City Marshall
Jon-Jon Charles Roberston
Paid Gerald Ataway over In
Afdavsta To Kill me And
My mother Children
Mother Barbara Jean W.
Murder Ricardo M. Williams Son
Latanya R W - Daughter
Alexis D- Williams Daughter
Grandchildren Shakela M. Washington
Markenna Williams

(margin notes:)
Bossier City
Marshall
620 Benton Road
Bossier City
71111
Walter Collins Jr
416 Yarbrough St.

SEE 1167

JUN 12 2023
TONY R. MOORE, CLERK
DISTRICT COURT
DISTRICT OF LOUISIANA
RECEIVED
DEPUTY

Charlotte A Williams
6-7-2023
318 703-1208
Seceppia Washington
Washington Granddaughter
Marcus A. Thomas aniela
A. Williams Zy'MA Thomas
Zalan A Thomas Jamar B
Williams Ricardo Grandchildren
Kemm, Floyd Cavana Washington
He Build Shreveport Police
Dpt Substation Crime me
& my Family Mother Children
Grandchildren Great Grandchildren
Dise In S-port City Jail
755 Hope St S. port LA 71101
In Office With Lt. Sup
Black S. port port police
Femald Lt. Barry Newton
He Dise In In Shop With
Allen Atkins Hand on it
Chief of Police Wayne
Smith 1234 Texas Ave
S. port LA 71101 Black male
asst Chief of police
White male United States
Government Dpt of Justice
M.B. Kinder Boss Took the
Picture In Shop officer
Hand on it Allen Atkins

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
8890

Charlesetta Williams
318 703-1208          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
6-7-2023
S.port Police officer          8890
City Marshall Son-Son
paid them to kille kill
ME For him that I'm Black
LT. Hamilton W. Collins
paid And His officer To kill ME
I Will Like To pressed murder
Charges Attempted Second
Degree murder mother
Children + Grandchildren
Great Grandchildren 2 Boys
Black Great Grandbaby
Black mother Report
Grandmother Report
Great Grandmother Report
Charlesetta Williams 2831
Kelsey St S.port LA 71107
Cooper Rd Dr. Martin
Luther King Jr Community
Walter Collins Jr 416 Yarbrough St
Bossier City 71111 Bertha
Moffett South Caddo parish
Cooper Rd Dr Martin Luther
King Jr Community 3007
Gardenia St Murder of
9. Grandchildren Children 3
2. Great Grands